AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. CR 25- 276 DWF/EMB |
| Trent Fair | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Trent Fair ,
who is accused of an offense or violation based on the following document filed with the court:

✓ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court
☐ Pretrial Release Violation Petition

This offense is briefly described as follows:
Counts 1 and 2: Production of Child Pornography 18:2251(a) and 2251(e)
Count 3: Travel With Intent to Engage in Illicit Sexual Conduct 18:2423(b)
Count 4: Coercion and Enticement of a Minor 18:2242(b) and 2427

Date: 07/16/2025

*Issuing officer's signature*

City and state: Minneapolis, Minnesota

Kate M. Fogarty, Clerk of Court
*Printed name and title*

### Return

This warrant was received on *(date)* 7/16/2025, and the person was arrested on *(date)* 7/29/2025
at *(city and state)* Fairfax, Virginia.

Date: 7/29/2025

*Arresting officer's signature*

Remy Walsh, Special Agent
*Printed name and title*